No. 67, Orig. IDAHO EX REL. EVANS, GOVERNOR OF IDAHO, ET AL. *v.* OREGON ET AL. Idaho's Exceptions to the Final Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g., ante,* p. 811.]

No. 81–1717. AMERICAN BANK & TRUST CO. ET AL. *v.* DALLAS COUNTY ET AL.; BANK OF TEXAS ET AL. *v.* CHILDS ET AL.; and WYNNEWOOD BANK & TRUST ET AL. *v.* CHILDS ET AL. Ct. App. Tex., 5th Sup. Jud. Dist. [Certiorari granted, *ante,* p. 966.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondents for divided argument granted. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 81–2101. PENNHURST STATE SCHOOL AND HOSPITAL ET AL. *v.* HALDERMAN ET AL. C. A. 3d Cir. [Certiorari granted, 457 U. S. 1131.] Motion of the parties for divided argument granted.

No. 81–2125. BELL, SECRETARY OF EDUCATION *v.* NEW JERSEY ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 820.] Motion of respondents for divided argument granted. Request for additional time for oral argument denied.

No. 81–2245. NEVADA *v.* UNITED STATES ET AL.;
No. 81–2276. TRUCKEE-CARSON IRRIGATION DISTRICT *v.* UNITED STATES ET AL.; and
No. 82–38. PYRAMID LAKE PAIUTE TRIBE OF INDIANS *v.* TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 904.] Motion of the Solicitor General for divided argument granted.